```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      EASTERN DISTRICT OF CALIFORNIA
10
11   LINDA SAIYAD,                    No. 2:05-cv-2425-MCE-PAN (JFM)
12            Plaintiff,
13       v.                           RELATED CASE ORDER
14   FIDELITY ADN GUARANTY LIFE
     INSURANCE COMPANY and OLD
15   MUTUAL FINANCIAL NETWORK,
16            Defendants.
17   _____/
     LINDA SAIYAD,                    No. 2:06-cv-1237-WBS-KJM
18
              Plaintiff,
19
         v.
20
     FIDELITY ADN GUARANTY LIFE
21   INSURANCE COMPANY and OLD
     MUTUAL FINANCIAL NETWORK,
22
              Defendants.
23   _____/
24       Examination of the above-entitled civil actions reveals that
25   these actions are related within the meaning of Local Rule 83-
26   123(a) (E.D. Cal. 1997).
27   ///
28   ///
```

1

1 The actions involve many of the same defendants and are based on
2 the same or similar claims, the same property transaction or
3 event, similar questions of fact and the same questions of law,
4 and would therefore entail a substantial duplication of labor if
5 heard by different judges.  Accordingly, the assignment of the
6 matters to the same judge is likely to effect a substantial
7 savings of judicial effort and is also likely to be convenient
8 for the parties.
9      The parties should be aware that relating the cases under
10 Local Rule 83-123 merely has the result that both actions are
11 assigned to the same judge; no consolidation of the action is
12 effected.  Under the regular practice of this court, related
13 cases are generally assigned to the district judge and magistrate
14 judge to whom the first filed action was assigned.
15      IT IS THEREFORE ORDERED that the action denominated 2:06-cv-
16 1237-WBS-KJM, <u>Linda Saiyad v. Fidelity and Guaranty Life</u>
17 <u>Insurance Company, et al.</u>, is reassigned to Judge Morrison C.
18 England, Jr. and Peter A. Nowinski for all further proceedings,
19 and any dates currently set in this reassigned case only is
20 hereby VACATED.  The parties are referred to the attached Order
21 Requiring Joint Status Report.  Henceforth, the caption on
22 documents filed in the reassigned case shall be shown as 2:06-cv-
23 1237-MCE-PAN.
24 ///
25 ///
26 ///
27 ///
28 ///

1  IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4  IT IS SO ORDERED.
5 DATED: June 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE